THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER SYSTEM, INC., a Florida corporation, <br><br> Defendant. | NO.   C19-00773-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Catharine Morisset of Fisher & Phillips, LLP, attorneys for Defendant, Ryder System, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 16th day of April, 2020.

REID, McCARTHY, BALLEW & BALLEW, L.L.P.

s/*Russell J. Reid*
Russell J. Reid, WSBA #2560
Attorney for Plaintiff

FISHER & PHILLIPS LLP

Per email authority of 4/16/20
s/*Catharine Morisset*
Catharine Morisset, WSBA #29682
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C19-00773-RSL
Page 1 of 2
G:\01-01999\520\Ryder System 106515 6-10-1-18 AUDIT\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 17th day of April, 2020.

_/s/ Robert S. Lasnik_
HONORABLE ROBERT S. LASNIK

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.


By s/*Russell J. Reid*
   Russell J. Reid, WSBA #2560
   Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C19-00773-RSL
Page 2 of 2
G:\01-01999\520\Ryder System 106515 6-10-1-18 AUDIT\Stip Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925